# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 11, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-30795   New Falls v. LaHaye  
                   USDC No. 6:18-CV-675  
                   USDC No. 6:18-CV-1093

The court has granted appellant's unopposed Letter request to reinstate the appeal pursuant to 5th Cir. R. 42.4.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

Mr. Mark C. Landry  
Mr. Tony R. Moore  
Mr. Thomas Edward St. Germain